Form 210A (10/06)

# United States Bankruptcy Court
## District of MINNESOTA

In re
Michael J. Dandl

Chapter   13
Case No. 07-30218

### JOINT NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a).  Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| eCAST Settlement Corporation | Household Bank (SB) N.A. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to | Court Claim # (if known):   6-1 |
| Transferee should be sent: | Amount of Claim:   250.00 |
| | Date Claim Filed:   05/07/2007 |
| eCAST Settlement Corporation | Amended Claim #: |
| C/O Bass & Associates, P.C. | Amended Date Claim Filed: |
| 3936 E. Ft. Lowell Rd. | |
| Tucson, AZ 85712 | Name and Current Address of Transferor |
| Telephone: (520) 577-1544 (Servicer) | Household Bank (SB) N.A. |
| | C/O Bass & Associates, P.C. |
| | 3936 E. Ft. Lowell Rd. |
| | Tucson, AZ 85712 |
| Last Four Digits of Account #   ************1478 | |
| | Telephone: (520) 577 - 1544 |
| Name and Address where transferee payments | |
| should be sent (if different from above): | Last Four Digits of Account #:   ************1478 |
| eCAST Settlement Corporation | |
| PO Box 7247-6971 | |
| Philadelphia, PA. 19170-6971 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/  Patti H. Bass                            Date:   03/28/2008
      Patti H. Bass, Esq. (AZ 016849)
      Attorney for Creditor
      Bass & Associates, P.C.
      3936 E Ft Lowell Rd, Suite 200
      Tucson, AZ 85712
      (520) 577-1544
      ecf@bass-associates.com

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

## Exhibit 6

## ASSIGNMENT OF ACCOUNTS

HSBC Private Label Acquisition Corporation (USA), HSBC Bank Nevada, N.A., and HSBC Retail Credit (USA) Inc., ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Buyer ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card accounts, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on January 23, 2008.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: January 23, 2008

HSBC PRIVATE LABEL ACQUISITION
CORPORATION (USA)

By: _____
STEVE BASILOTTO
DIRECTOR

HSBC BANK NEVADA, N.A.

By: _____
STEVE BASILOTTO
EXECUTIVE VICE PRESIDENT

HSBC RETAIL CREDIT (USA) INC.

By: _____
STEVE BASILOTTO
DIRECTOR